IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
|        Plaintiff, ) | **ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | Case No. 1:23-cr-060 |
| Jazmin Deshaun Tuske, ) | |
|        Defendant. ) | |

The court previously issued an order conditionally releasing Defendant so that she could participate in an inpatient treatment program at the Prairie Recovery Center ("Prairie Recovery") in Raleigh, North Dakota. (Doc. No. 64). The order required Defendant to provide the court with at least 96 hours advance notice of her anticipated discharge from treatment so that it could review her release status. (Id.).

On January 12, 2024, Defendant filed a Motion to Amend Order Setting Conditions of Release. (Doc. No. 80). She anticipates that she will be discharged from Prairie Recovery on or about January 17, 2024. She asks the court to modify her release conditions to allow her to reside at Blessed Builder's sober living facility in Bismarck, North Dakota, and attend aftercare.

The court **GRANTS** Defendant's motion (Doc. No. 80). Defendant's release conditions shall be amended as follows. Upon her discharge from Prairie Recovery's inpatient treatment program, Defendant shall report to and reside at Blessed Builder's facility in Bismarck, comply with all of this facility's rules and regulations, and fully participate in aftercare. Defendant shall not change this residence without the prior authorization of the Pretrial Services Office. If terminated from Blessed Builders, Defendant shall surrender to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2024.

                                                             */s/ Clare R. Hochhalter*
                                                             Clare R. Hochhalter, Magistrate Judge
                                                             United States District Court